IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ARSENIO TRENT MOTLEY, | ) | |
| Plaintiff, | ) | Civil Action No. 7:12-cv-00421 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| WHITFIELD, ET AL, | ) | By:   NORMAN K. MOON |
| Defendant(s). | ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 12th day of OCTOBER, 2012.

_____
United States District Judge