CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED Roanoke
OCT 12 2012
JULIA C. DUDLEY, CLERK
BY: /s/ Fay Collins
DEPUTY CLERK

| | |
|---|---|
| ARSENIO TRENT MOTLEY,<br>    Plaintiff, | Civil Action No. 7:12-cv-00421 |
| v. | **DISMISSAL ORDER** |
| WHITFIELD, ET AL,<br>    Defendant(s). | By: NORMAN K. MOON<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 12th day of OCTOBER, 2012.

/s/ Norma K. Moon
United States District Judge